## WHEELING TRACTION CO, et v P U C

Ohio Supreme Court
No. 23021.   Decided Nov 4, 1931

. . .

Marshall, CJ, Jones, Matthias, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**